IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              No. CV 11-819 WJ/LFG

LEWIS et al.,

      Defendants.

### CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of February 1, 2012, that the defendant National Credit Adjusters, LLC, against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, Matthew J. Dykman,** Clerk of said Court, pursuant to the requirements of Rule 55(a) of said Rules, do hereby enter the default of said defendant.

DATED at Albuquerque, New Mexico, this 1st February 2012.

                                                MATTHEW J. DYKMAN
                                                CLERK, U.S. DISTRICT COURT

                                                _____