IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-CV-00819 |
| | ) |
| GARY R. LEWIS, ELAINE A. LEWIS, | ) |
| MITHRIL MANAGEMENT, INC., | ) |
| STEVENJO, LLC, | ) |
| GRACELAINE PARTNERSHIP, L.P., | ) |
| NATIONAL CREDIT ADJUSTERS, L.L.C., and | ) |
| STATE OF NEW MEXICO, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT AGAINST NATIONAL CREDIT ADJUSTERS, L.L.C.

On September 27, 2011, the United States served National Credit Adjusters, L.L.C. by leaving the Summons and the United States of America's Complaint with its registered agent, National Registered Agents, Inc. [Docket #7] On February 1, 2012, the Clerk's Entry of Default was entered. [Docket #15] The records of the Court establish that National Credit Adjusters, L.L.C. failed to timely answer or otherwise respond, and has not filed any answer to date. Therefore, the United States is entitled to default judgment against National Credit Adjusters, L.L.C.

IT IS ORDERED THAT National Credit Adjusters, L.L.C. has no interest in the following real properties in San Miguel County, New Mexico:

> The South ½ of the Northwest 1/4 of the South 1/4 of Section 36, Township 16 North, Range 16 East, N.M. P.M. Together with 20 shares of stock in the Storrie Project Water Users Association.
> ("the Residence")

> The westerly one-half (½) of Lots Fifteen (15), Sixteen (16), Seventeen (17), Eighteen (18), Nineteen (19), and Twenty (20), Block Forty (40) of the Las Vegas Hillsite Town Company's Addition, Las Vegas, San Miguel County, New Mexico.
> ("the Apartment Complex")

IT IS FURTHER ORDERED THAT the Residence and the Apartment Complex may be sold free and clear of any interest claimed by National Credit Adjusters, L.L.C. in the Residence and the Apartment Complex.

_____
UNITED STATES DISTRICT JUDGE